# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| MOBILEMEDIA IDEAS LLC, | |
| Plaintiff, | |
| v. | Case No. 2:10-CV-112-TJW |
| HTC CORPORATION and HTC AMERICA, INC., | |
| Defendants. | |

## ORDER GRANTING DEFENDANTS' MOTION FOR COMMISSION FOR DEPOSITIONS IN JAPAN

After considering Defendants HTC Corporation and HTC America, Inc.'s (collectively, "HTC") unopposed Motion for Commission for Depositions in Japan, the Court finds that the motion should be GRANTED.

IT IS THEREFORE ORDERED that the Commission for Depositions in Japan, attached as Exhibit A, is issued. HTC may collect the original version of this Commission, affixed with the Court's signature and seal, from the Court on this same date.

**SIGNED this 21st day of November, 2011.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE