IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **MOBILEMEDIA IDEAS LLC,** § | | |
| § | | |
| Plaintiff, § | CIVIL ACTION NO. 2:10-CV-112 | |
| § | | |
| v. § | JURY TRIAL DEMANDED | |
| § | | |
| **HTC CORPORATION and** § | | |
| **HTC AMERICA, INC.,** § | | |
| Defendants. § | | |

## UNOPPOSED MOTION TO STAY

MobileMedia Ideas, LLC ("MMI") respectfully files this Unopposed Motion to Stay, in light of MMI's and Defendants HTC Corporation and HTC America, Inc. (collectively, "HTC") agreement to settle the parties' dispute. The parties have executed a Memorandum of Understanding detailing the parties' agreement to settle the litigation and therefore no longer require a jury to settle their dispute. Accordingly, MMI requests that the Court order that this case be stayed for thirty (30) days pursuant to the parties' agreement in order to allow the parties time to execute the appropriate settlement and dismissal documents. HTC agrees to the relief sought in this Unopposed Motion to Stay.

2

Date: May 13, 2013                                                    Respectfully submitted,

**McKOOL SMITH, P.C.**

*/s/ Sam Baxter*
Samuel F. Baxter
Lead Attorney
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
Jennifer Truelove
Texas State Bar No. 24012906
jtruelove@mckoolsmith.com
104 E. Houston St., Suite 300
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

John F. Garvish, II
Texas State Bar No. 24043681
jgarvish@mckoolsmith.com
300 W. 6th St. Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8744

Paul A. Bondor
Jonas R. McDavit
Laurie Stempler
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
Telephone: (212) 351-3400
Facsimile: (212) 351-3401

**ATTORNEYS FOR PLAINTIFF
MOBILEMEDIA IDEAS LLC**

## **CERTIFICATE OF CONFERENCE**

Counsel for MMI and counsel for HTC have personally conducted a conference at which there was a substantive discussion of every item presented to the Court in this Motion and the parties agree to the relief sought in this Motion.

*/s/ Jennifer Truelove*
Jennifer Truelove

## **CERTIFICATE OF SERVICE**

I hereby certify that counsel of record are being served with a copy of this document via electronic mail on this the 13th day of May, 2013.

/s/ *Jennifer Truelove*
Jennifer Truelove